IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BIKRAMJEET SINGH**                                                                                  **PLAINTIFF**

v.                                        No. 3:17-cv-22-DPM

**PASCHALL TRUCK LINES, INC., and**
**JASON PALMER**                                                                                   **DEFENDANTS**

## ORDER

I recuse because Barrett Deacon is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_22 March 2017_