# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BIKRAMJEET SINGH**                                                                                     **PLAINTIFF**

**v.**                              **CASE NO. 3:17-CV-00022 BSM**

**PASCHALL TRUCK LINES, INC. and**
**JASON PALMER**                                                                                         **DEFENDANTS**

## ORDER

Consistent with joint stipulation of dismissal [Doc. No. 22], this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE