IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BIKRAMJEET SINGH**                                                                      **PLAINTIFF**

**v.**                     **CASE NO. 3:17-CV-00022 BSM**

**PASCHALL TRUCK LINES, INC. and**
**JASON PALMER**                                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April 2019.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE